UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

KING OCEAN SERVICES, LTD.,
Plaintiff,

vs.                                              CASE NO.:

N.G.K. CORPORATION,
Defendant.

_____/

## COMPLAINT

The Plaintiff, KING OCEAN SERVICES, LTD. (hereinafter "KING OCEAN"), by and through its undersigned counsel files herewith this Complaint against N.G.K. CORPORATION (hereinafter "N.G.K.") and for cause of action *in personam* states as follows:

## JURISDICTION

1. This Court has subject matter jurisdiction in accordance with 28 U.S.C. Section 1333(1). The Plaintiff is seeking to enforce rights contained in maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

## VENUE

2. Venue in this district is proper. A substantial part of the events giving rise to the claims asserted by the plaintiff occurred within the territorial limits of the United States District Court

for the Southern District of Florida, namely Port Everglades, Florida. In addition, the Defendant maintains an office for transaction of its customary business in Miami-Dade County, Florida.

## THE PARTIES

3. KING OCEAN SERVICES, LTD. is a Vessel Operating Common Carrier (VOCC), that engages in international cargo transportation and logistics services with a principal place of business at Doral, Florida.

4. N.G.K. CORPORATION is a licensed freight forwarder that is organized under the laws of the State of Florida and maintains a principal place of business at Miami, Florida.

## FACTUAL ALLEGATIONS

5. In October 2015, N.G.K., acting in its freight forwarding capacity, requested and directed KING OCEAN to transport six automobiles aboard ocean vessels from Port Everglades, Florida to the Port of La Guaira, Venezuela and deliver said vehicles to the designated consignees.

6. The ocean freight and related charges agreed to by N.G.K. as compensation for the transportation related activities described in the preceding paragraph are itemized on the invoices annexed as Composite Exhibit "A".

7. Despite repeated demands for payment of the funds due, N.G.K. has failed and refused to remit $11,340.00 in ocean freight and related charges owed to KING OCEAN.

8. Since 2008, the Plaintiff and Defendant have maintained an ongoing business relationship. During that time, N.G.K. has always been responsible for the payment of ocean freight and related charges that resulted from bookings made with KING OCEAN in its freight

forwarding capacity.

## COUNT I – BREACH OF CONRACT

9. KING OCEAN repeats and realleges the allegations set forth in Paragraphs 1 through 8 as if fully set forth herein.

10. A valid contract was formed when KING OCEAN agreed to transport automobiles aboard ocean vessels from Port Everglades, Florida to the Port of La Guaira, Venezuela in exchange for monetary compensation.

11. KING OCEAN performed its contractual obligations by transporting the designated cargo from the mainland United States to the ports of discharge and delivering said goods to the named consignees.

12. KING OCEAN has performed all conditions precedent necessary to bring this action.

13. N.G.K. committed a material breach of contract by not compensating KING OCEAN for $11,340.00 in ocean freight and related charges owed to the carrier.

14. KING OCEAN has suffered damages in the amount of $11,340.00.

## PRAYER FOR RELIEF

WHEREFORE, KING OCEAN prays for judgment against N.G.K. CORPORATION on its Complaint as follows:

A. Damages in the amount of $11,340.00 for the nonpayment of ocean freight and related transportation charges.

B. Taxable costs and disbursements of this action.

C.  Any further relief as this Court deems just and proper.

Respectfully submitted at Miami, Florida this 5th day of April, 2016.

                Respectfully Submitted,

                **DEE M. DOLVIN, P.A.**
                *Attorney for Plaintiff*
                P.O. Box 310424
                Miami, Florida  33231
                Telephone:  (305) 318-1919
                E-mail:  Dee@DeeMDolvin.com

                By:  /s/ Dee M. Dolvin
                      DEE M. DOLVIN
                      Florida Bar No.:  707491