**COMPOSITE EXHIBIT "A"**

# INVOICE

**KING OCEAN SERVICES LTD.**
11000 N.W. 29th Street
Suite 201
Doral, FL. 33172 U.S.A.
Phone: (305) 591-7595  Fax: (305) 593-9842

** PREPAID **

| INVOICE NUMBER |
|---|
| 15393751 |

NGK CORPORATION
8120 NW 71 STREET
MIAMI, FL. 33166 USA

| CUSTOMER NUMBER | INVOICE DATE |
|---|---|
| 1270 | Oct. 10, 2015 |

| REFERENCES |
|---|
| NET 30 |

Job Number: 00115494-02
Reference: .
Vessel / Voyage: MELBOURNE STRAIT / 125S
Est. Departure: Saturday, October 10, 2015

B/L Number: PEVLAG36922
Port of Loading: PORT EVERGLADES
Port of Discharge: LA GUAIRA
Port of Final Dest.: LA GUAIRA

Booking #: 10266903

Shipper: ALEXANA RENT A CAR
9605 NW 79 AVENUE BAY 32
MIAMI LAKE, 33145-2507

Consignee: RIGEL VALENTINA ALDAZORO NAHMENS
RIF#V188484774 CALLE ARISMENDY EDIFICIO
VILLAS PLAZA 1
APARTAMENTO C-16 LECHERIA, MUNICIPIO DIEGO
URBANEJA
ANZOATEGUI-ZONA POSTAL 6016, TEL:58-8374579,

| D/R or T.I.R. | Qty. Pkg. | Description |
|---|---|---|
| 142046 | 1 VH | CLHU-358803-4<br>STC: 2016 TOYOTA CAMRY SE<br>VIN: 4T1BF1FK9GU500792<br>TITLE:   STATE:<br>COLOR:NEGRO |

AES ITN:X20151006808807

| Description | Amount (US$) |
|---|---|
| OCEAN FREIGHT | 1,550.00 |
| LOW SULFUR FUEL SURCHARGE | 25.00 |
| VEHICLE TIE DOWN | 115.00 |
| LANDING | 200.00 |
| **INVOICE TOTAL:** | **1,890.00** |

*PLEASE MAKE CHECKS PAYABLE TO KING OCEAN SERVICES LTD.*
*Please include one copy of invoice with payment, Thank you for shipping with KING OCEAN SERVICES LTD.*

# INVOICE

## KING OCEAN SERVICES LTD.

11000 N.W. 29th Street
Suite 201
Doral, FL. 33172 U.S.A.
Phone: (305) 591-7595 Fax: (305) 593-9842

** PREPAID **

| INVOICE NUMBER |
|---|
| 15393752 |

**NGK CORPORATION**
8120 NW 71 STREET
MIAMI, FL. 33166 USA

| CUSTOMER NUMBER | INVOICE DATE |
|---|---|
| 1270 | Oct. 10, 2015 |

| REFERENCES |
|---|
| NET 30 |

Job Number: 00115494-02
Reference: .
Vessel / Voyage: MELBOURNE STRAIT / 125S
Est. Departure: Saturday, October 10, 2015

B/L Number: PEVLAG36923
Port of Loading: PORT EVERGLADES
Port of Discharge: LA GUAIRA
Port of Final Dest.: LA GUAIRA

Booking #: 10266832

Shipper: CRUISE RENT A CAR, INC
20488 W DIXIE HWY
MIAMI, FL 33180-1128

Consignee: LUIS DANIEL MORENO BARRIOS
RIF#V172389445 CALLE MANZANA 30 CASA NRO 26 URB
GRAN SABANA UD-337 SECTOR CORE 8, PUERTO ORDAZ,
BOLIVAR ZONA POSTAL 8050, TEL:58-424-9400154,

| D/R or T.I.R. | Qty. Pkg. | Description |
|---|---|---|
| 142047 | 1 VH | DCDU-218692-8<br>STC:2016 TOYOTA CAMRY SE<br>VIN: 4T1BF1FK6GU133379<br>TITLE:   STATE:<br>COLOR:WHITE<br>BLIZZARD PEARL |

AES ITN:X20151006809516

| Description | Amount (US$) |
|---|---|
| OCEAN FREIGHT | 1,550.00 |
| LOW SULFUR FUEL SURCHARGE | 25.00 |
| VEHICLE TIE DOWN | 115.00 |
| LANDING | 200.00 |
| **INVOICE TOTAL:** | **1,890.00** |

*PLEASE MAKE CHECKS PAYABLE TO KING OCEAN SERVICES LTD.*
*Please include one copy of invoice with payment, Thank you for shipping with KING OCEAN SERVICES LTD.*

Printed by: JOEV    On Station: 198    Page: 1    Printed on: 02/25/2016 @ 03:57 pm

# INVOICE

## KING OCEAN SERVICES LTD.
11000 N.W. 29th Street
Suite 201
Doral, FL. 33172 U.S.A.
Phone: (305) 591-7595  Fax: (305) 593-9842

** PREPAID **

| INVOICE NUMBER |
|---|
| 15393753 |

NGK CORPORATION
8120 NW 71 STREET
MIAMI, FL. 33166 USA

| CUSTOMER NUMBER | INVOICE DATE |
|---|---|
| 1270 | Oct. 10, 2015 |

| REFERENCES |
|---|
| NET 30 |

Job Number: 00115494-02
Reference: .
Vessel / Voyage: MELBOURNE STRAIT / 125S
Est. Departure: Saturday, October 10, 2015

B/L Number: PEVLAG36924
Port of Loading: PORT EVERGLADES
Port of Discharge: LA GUAIRA
Port of Final Dest.: LA GUAIRA

Booking #: 10266830

Shipper: CRUISE RENT A CAR INC
20488 W DIXIE HWY
MIAMI, FL 33180-128

Consignee: MARIELA THAIS RAMIREZ ALVAREZ
AVENIDA PRINCIPAL CASA 11 URB TERRAZAS DE ORIENTE,
BARCELONA ANZOATEGUI, ZONA POSTAL 6001
TEL:5804148191669, RIF# V083165088
VENEZUELA

| D/R or T.I.R. | Qty. Pkg. | Description |
|---|---|---|
| 141971 | 1 VH | DCDU-218011-3<br>2016 TOYOTA COROLLA<br>VIN: 5YFBURHE1GP389393<br>TITLE:   STATE:<br>S PLUS<br>COLOR:SILVER |

AES ITN:X20151006810428

| Description | Amount (US$) |
|---|---|
| OCEAN FREIGHT | 1,550.00 |
| LOW SULFUR FUEL SURCHARGE | 25.00 |
| VEHICLE TIE DOWN | 115.00 |
| LANDING | 200.00 |
| **INVOICE TOTAL:** | **1,890.00** |

*PLEASE MAKE CHECKS PAYABLE TO KING OCEAN SERVICES LTD.*
*Please include one copy of invoice with payment, Thank you for shipping with KING OCEAN SERVICES LTD.*

# INVOICE

## KING OCEAN SERVICES LTD.
11000 N.W. 29th Street
Suite 201
Doral, FL. 33172 U.S.A.
Phone: (305) 591-7595 Fax: (305) 593-9842

** PREPAID **

INVOICE NUMBER

**15395455**

NGK CORPORATION
8120 NW 71 STREET
MIAMI, FL. 33166 USA

| CUSTOMER NUMBER | INVOICE DATE |
|---|---|
| 1270 | Oct. 17, 2015 |

| REFERENCES |
|---|
| NET 30 |

Job Number: 00115504-02
Reference: .
Vessel / Voyage: BF IPANEMA / 129S
Est. Departure: Saturday, October 17, 2015

B/L Number: PEVLAG37054
Port of Loading: PORT EVERGLADES
Port of Discharge: LA GUAIRA
Port of Final Dest.: LA GUAIRA

Booking #: 10267121

Shipper: BIG DEAL RENT A CAR LLC
9551 NW 79 AVE BAY#9
MIAMI, FL 33016

Consignee: LEDYS DEL CARMEN CASTILLO RAMOS
RIF#V17554693 CALLE 3 EDIF RES DON QUINTO
PISO 3 APTO
31, URBANIZACION TERRAZAS DEL
AVILA, CARACAS PETARE
ZONA POSTAL 1070 REP BOLIVARIANA, TEL:58-424-

| D/R or T.I.R. | Qty. Pkg. | Description |
|---|---|---|
| 127122 | 1 VH | HYDU-218034-5<br>2016 TOYOTA CAMRY<br>VIN: 4T1BF1FK2GU122606<br>TITLE:   STATE:<br>COLOR: WHITE |

AES ITN:X20151012126822

| Description | Amount (US$) |
|---|---|
| OCEAN FREIGHT | 1,550.00 |
| LOW SULFUR FUEL SURCHARGE | 25.00 |
| VEHICLE TIE DOWN | 115.00 |
| LANDING | 200.00 |
| **INVOICE TOTAL:** | **1,890.00** |

PLEASE MAKE CHECKS PAYABLE TO KING OCEAN SERVICES LTD.
Please include one copy of invoice with payment, Thank you for shipping with KING OCEAN SERVICES LTD.

Printed by: JOEV    On Station: 198    Page: 1    Printed on: 02/25/2016 @ 03:57 pm

# INVOICE

## KING OCEAN SERVICES LTD.
11000 N.W. 29th Street
Suite 201
Doral, FL. 33172 U.S.A.
Phone: (305) 591-7595 Fax: (305) 593-9842

** PREPAID **

| INVOICE NUMBER |
|---|
| 15395458 |

NGK CORPORATION
8120 NW 71 STREET
MIAMI, FL. 33166 USA

| CUSTOMER NUMBER | INVOICE DATE |
|---|---|
| 1270 | Oct. 17, 2015 |

| REFERENCES |
|---|
| NET 30 |

Job Number: 00115504-02
Reference: .
Vessel / Voyage: BF IPANEMA / 129S
Est. Departure: Saturday, October 17, 2015

B/L Number: PEVLAG37057
Port of Loading: PORT EVERGLADES
Port of Discharge: LA GUAIRA
Port of Final Dest.: LA GUAIRA

Booking #: 10266831

Shipper: ALEXANA RENT A CAR
9605 NW 79 AVE BAY#32
MIAMI LAKE, FL 33016

Consignee: BRENDA CORINA SOTO RAMIREZ
RIF#V062465758 CALLE SECTOR LA LAGUNA
ETAPA 7 Y 8
CASA A7-149, URBANIZACION NUEVA CASARAPA
GUARENAS
MIRANDA ZONA POSTAL 1020, TEL:58-212-3656145,

| D/R or T.I.R. | Qty. Pkg. | Description |
|---|---|---|
| 141969 | 1 VH | DCDU-219051-1 |
| | | 2016 TOYOTA |
| | | VIN: 5YFBURHEXGP377422 |
| | | TITLE:   STATE: |
| | | COROLLA S PLUS |
| | | COLOR: BLACK |

AES ITN: X20151009031192

| Description | Amount (US$) |
|---|---|
| OCEAN FREIGHT | 1,550.00 |
| LOW SULFUR FUEL SURCHARGE | 25.00 |
| VEHICLE TIE DOWN | 115.00 |
| LANDING | 200.00 |
| **INVOICE TOTAL:** | **1,890.00** |

*PLEASE MAKE CHECKS PAYABLE TO KING OCEAN SERVICES LTD.*
*Please include one copy of invoice with payment, Thank you for shipping with KING OCEAN SERVICES LTD.*


KING OCEAN SERVICES

# INVOICE

**KING OCEAN SERVICES LTD.**

11000 N.W. 29th Street
Suite 201
Doral, FL. 33172 U.S.A.
Phone: (305) 591-7595 Fax: (305) 593-9842

\*\* PREPAID \*\*

| INVOICE NUMBER |
|---|
| **15397333** |

| | | CUSTOMER NUMBER | INVOICE DATE |
|---|---|---|---|
| NGK CORPORATION<br>8120 NW 71 STREET<br>MIAMI, FL. 33166 USA | | 1270 | Oct. 24, 2015 |
| | | REFERENCES | |
| | | NET 30 | |

| | |
|---|---|
| Job Number: 00115514-02 | B/L Number: PEVLAG37154   Booking #: 10269927 |
| Reference: . | Port of Loading: PORT EVERGLADES |
| Vessel / Voyage: VIKING EAGLE / 19S | Port of Discharge: LA GUAIRA |
| Est. Departure: Saturday, October 24, 2015 | Port of Final Dest.: LA GUAIRA |

| Shipper: | CHY RENT A CAR LLC<br>515 W 27 ST<br>HIALEAH, FL 33010 UNITED STATES | Consignee: | DANIEL RICARDO HERNANDEZ MORA<br>AVENIDA 8 CASA NRO 2-89 URBANIZACION EL<br>PARAISO, SAN<br>CRISTOBAL, TACHIRA,<br>ZONA POSTA 8001<br>VENEZUELA |
|---|---|---|---|

| D/R or T.I.R. | Qty. Pkg. | Description |
|---|---|---|
| 127131 | 1 VH | FSCU-374122-2<br>2016 TOYOTA COROLLA<br>VIN: 5YFBURHE4GP391705<br>TITLE:   STATE:<br>SEDAN<br>COLOR:BLACK |

AES ITN:X20151019479880

| Description | Amount (US$) |
|---|---|
| OCEAN FREIGHT | 1,550.00 |
| LOW SULFUR FUEL SURCHARGE | 25.00 |
| VEHICLE TIE DOWN | 115.00 |
| LANDING | 200.00 |
| **INVOICE TOTAL:** | **1,890.00** |

*PLEASE MAKE CHECKS PAYABLE TO KING OCEAN SERVICES LTD.*
*Please include one copy of invoice with payment, Thank you for shipping with KING OCEAN SERVICES LTD.*